United States Bankruptcy Court
Middle District of Alabama

In re:                                                                 Case No. _____

Avery T Coleman

                                                                        Chapter ____
            Debtor(s)


**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I*, _Avery T Coleman_____ (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    a) I was not employed during the period immediately preceding the filing of the above-referenced case _unemployed 16 years_____ (enter dates not employed);

    b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

    c) I am self-employed and do not receive any evidence of payment;

  ✓ d) Other (Please Explain ) I receive Social Security Disability of $819.00 monthly. This is my only source of income.


I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: _6/16/2016_____     Debtor: _Avery Jovell Coleman_____


* A separate form must be filed by each Debtor.